# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LORENZO ARMENTERO, | Case No. 1:15-cv-00286-SKO (PC) |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G) |
| v. | |
| SCHWARZ, et al., | (Doc. 18) |
| Defendants. | |

Plaintiff Luis Lorenzo Armentero ("Plaintiff"), a state prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 12, 2015. On November 9, 2015, the Court revoked Plaintiff's *in forma pauperis* status pursuant to 28 U.S.C. § 1915(g) and provided Plaintiff with the opportunity to pay the $400.00 filing fee within thirty days. Plaintiff has not complied with or otherwise responded to the Court's order.[1] Accordingly, pursuant to 28 U.S.C. § 1915(g), this action is HEREBY DISMISSED, without prejudice, based on Plaintiff's failure to pay the $400.00 filing fee.

IT IS SO ORDERED.

Dated: **December 24, 2015**    /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

---

[1] On November 25, 2015, the United States Postal Service returned the order as undeliverable. However, Plaintiff has not notified the Court of any change in his address, and absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).